# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEI-GSR HOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
GRAND SIERRA RESORT UNIT
OWNERS' ASSOCIATION, A NEVADA
NON-PROFIT CORPORATION; GAGE
VILLAGE COMMERICAL
DEVELOPMENT, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
AM-GSR HOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                              Appellants,
                    vs.
ALBERT THOMAS, INDIVIDUALLY;
JANE DUNLAP, INDIVIDUALLY;
JOHN DUNLAP, INDIVIDUALLY;
BARRY HAY, INDIVIDUALLY; MARIE-
ANNE ALEXANDER, AS TRUSTEE OF
THE MARIE-ANNE ALEXANDER
LIVING TRUST; MELISSA
VAGUJHELYI; GEORGE
VAGUJHELYI, AS TRUSTEES OF THE
GEORGE VAGUJHELYI AND MELISSA
VAGUJHELYI 2001 FAMILY TRUST
AGREEMENT U/T/A APRIL 13, 2001;
D'ARCY NUNN, INDIVIDUALLY;
HENRY NUNN, INDIVIDUALLY;
MADELYN VAN DER BOKKE,
INDIVIDUALLY; LEE VAN DER
BOKKE, INDIVIDUALLY; DONALD
SCHREIFELS, INDIVIDUALLY;
ROBERT R. PEDERSON,
INDIVIDUALLY AND AS TRUSTEE OF
THE PEDERSON 1990 TRUST; LOU
ANN PEDERSON, INDIVIDUALLY
AND AS TRUSTEE OF THE
PEDERSON 1990 TRUST; LORI
ORDOVER, INDIVIDUALLY; WILLIAM
A. HENDERSON, INDIVIDUALLY;

No. 84143

**FILED**

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

22-12137

CHRISTINE E. HENDERSON, INDIVIDUALLY; LOREN D. PARKER, INDIVIDUALLY; SUZANNE C. PARKER, INDIVIDUALLY; MICHAEL IZADY, INDIVIDUALLY; STEVEN TAKAKI, AS TRUSTEE OF THE STEVEN W. TAKAKI & FRANCES S. LEE REVOCABLE TRUSTEE AGREEMENT, UTD JANUARY 11, 2000; FARAD TORABKHAN, INDIVIDUALLY; SAHAR TAVAKOL, INDIVIDUALLY; M&Y HOLDINGS, LLC; JL&YL HOLDINGS, LLC; SANDI RAINES, INDIVIDUALLY; R. RAGHURAM, AS TRUSTEE OF THE RAJ AND USHA RAGHURAM LIVING TRUST DATED APRIL 25, 2001; USHA RAGHURAM, AS TRUSTEE OF THE RAJ AND USHA RAGHURAM LIVING TRUST DATED APRIL 25, 2001; LORI K. TOKUTOMI, INDIVIDUALLY; GARRET TOM, AS TRUSTEE OF THE GARRET AND ANITA TOM TRUST, DATED 5/14/2006; ANITA TOM, AS TRUSTEE OF THE GARRET AND ANITA TOM TRUST, DATED 5/14/2006; RAMON FADRILAN, INDIVIDUALLY; FAYE FADRILAN, INDIVIDUALLY; PETER K. LEE; MONICA L. LEE, AS TRUSTEES OF THE LEE FAMILY 2002 REVOCABLE TRUST; DOMINIC YIN, INDIVIDUALLY; ELIAS SHAMIEH, INDIVIDUALLY; JEFFREY QUINN, INDIVIDUALLY; BARBARA ROSE QUINN, INDIVIDUALLY; KENNETH RICHE, INDIVIDUALLY; MAXINE RICHE, INDIVIDUALLY; NORMAN CHANDLER, INDIVIDUALLY; BENTON WAN, INDIVIDUALLY; TIMOTHY D. KAPLAN, INDIVIDUALLY; SILKSCAPE INC.;

SUPREME COURT
OF
NEVADA

(O) 1947A

2

PETER CHENG, INDIVIDUALLY;
ELISA CHENG, INDIVIDUALLY; GREG
A. CAMERON, INDIVIDUALLY; TMI
PROPERTY GROUP, LLC; RICHARD
LUTZ, INDIVIDUALLY; SANDRA
LUTZ, INDIVIDUALLY; MARY A.
KOSSICK, INDIVIDUALLY; MELVIN
H. CHEAH, INDIVIDUALLY; DI SHEN,
INDIVIDUALLY; NADINE'S REAL
ESTATE INVESTMENTS, LLC; AJIT
GUPTA, INDIVIDUALLY; SEEMA
GUPTA, INDIVIDUALLY; FREDRICK
FISH, INDIVIDUALLY; LISA FISH,
INDIVIDUALLY; ROBERT A.
WILLIAMS, INDIVIDUALLY;
JACQUELIN PHAM, AS MANAGER OF
CONDOTEL 1906, LLC; MAY ANNE
HOM, AS TRUSTEE OF THE MAY
ANNE HOM TRUST; MICHAEL
HURLEY, INDIVIDUALLY; DUANE
WINDHORST, TRUSTEE OF DUANE
WINDHORST TRUST U/A DTD.
01/15/2003 AND MARILYN
WINDHORST TRUST U/A DTD.
01/015/2003; MARILYN WINDHORST,
AS TRUSTEE OF DUANE
WINDHORST TRUST U/A DTD.
01/15/2003 AND MARILYN L.
WINDHORST TRUST U/A
DTD.01/15/2003; VINOD BHAN,
INDIVIDUALLY; ANNE BHAN,
INDIVIDUALLY; GUY P. BROWNE,
INDIVIDUALLY; GARTH A.
WILLIAMS, INDIVIDUALLY; PAMELA
Y. ARATANI, INDIVIDUALLY;
DARLEEN LINDGREN,
INDIVIDUALLY; LAVERNE ROBERTS,
INDIVIDUALLY; DOUG MECHAM,
INDIVIDUALLY; CHRISINE MECHAM,
INDIVIDUALLY; KWANG SOON SON,
INDIVIDUALLY; SOO YEU MOON,

Supreme Court
of
Nevada

(O) 1947A

INDIVIDUALLY; JOHNSON AKINDODUNSE, INDIVIDUALLY; IRENE WEISS, AS TRUSTEE OF THE WEISS FAMILY TRUST; PRAVESH CHOPRA, INDIVIDUALLY; TERRY POPE, INDIVIDUALLY; NANCY POPE, INDIVIDUALLY; JAMES TAYLOR, INDIVIDUALLY; RYAN TAYLOR, INDIVIDUALLY; KI NAM CHOI, INDIVIDUALLY; YOUNG JA CHOI, INDIVIDUALLY; SANG DAE SOHN, INDIVIDUALLY; KUK HYUN (CONNIE) YOO, INDIVIDUALLY; SANG SOON (MIKE) YOO, INDIVIDUALLY; BRETT MENMUIR, AS MANAGER OF CARRERA PROPERTIES, LLC; WILLIAM MINER, JR., INDIVIDUALLY; CHANH TRUONG, INDIVIDUALLY; ELIZABETH ANDERS MECUA, INDIVIDUALLY; SHEPHERD MOUNTAIN, LLC; ROBERT BRUNNER, INDIVIDUALLY; AMY BRUNNER, INDIVIDUALLY; JEFF RIOPELLE, AS TRUSTEE OF THE RIOPELLE FAMILY TRUST; PATRICIA M. MOLL, INDIVIDUALLY; AND DANIEL MOLL, INDIVIDUALLY,
Respondents.

## ORDER DISMISSING APPEAL

This is an appeal from a series of orders granting motions for instructions to the appointed receiver and various interlocutory orders. Second Judicial District Court, Washoe County; Nancy M. Saitta, Judge.

Because it appeared that the notice of appeal was prematurely filed, after the timely filing of tolling motions and before the resolution of those motions, this court entered an order directing appellants to show

cause why the appeal should not be dismissed for lack of jurisdiction. Appellants have filed a motion for an extension of time of 60 days to respond to the order to show cause. Appellants concede the notice of appeal was prematurely filed for the reasons this court observed but ask this court for the extension to permit the district court to consider its jurisdiction over the pending motions and to revolve those motions. The motion is denied.

The rules of appellate procedure do not anticipate that parties should file a premature notice of appeal or that a premature notice of appeal should linger indefinitely on this court's docket while the parties and the district court continue to resolve outstanding motions. NRAP 4(a)(6). This court lacks jurisdiction. Appellants may file an appeal from a final appealable order. This court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:  Chief Judge, The Second Judicial District Court
     Hon. Nancy M. Saitta, Senior Justice
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Meruelo Group LLC
     Robertson, Johnson, Miller & Williamson
     Lemons, Grundy & Eisenberg
     Washoe District Court Clerk